

**WILDEARTH GUARDIANS**
A FORCE FOR NATURE

May 4, 2016

Elisabeth A. Shumaker, Clerk of the Court
United States Court of Appeals for the Tenth Circuit
Byron White U.S. Courthouse
1823 Stout St.
Denver, CO 80257

> **Re: Status Report relating to *WildEarth Guardians v. United States Office of Surface Mining Reclamation and Enforcement*, Nos. 15-1186 & 15-1236** (case submitted on the briefs to Judges McHugh, Ebel, and Moritz).

Dear Ms. Shumaker,

Appellee WildEarth Guardians would like to inform the Court that the Office of Surface Mining ("OSM") issued a new Environmental Assessment and Finding of No Significant Impact for the Trapper Mining Plan on April 29, 2016. Concurrent with issuance of OSM's new environmental analysis, the Assistant U.S. Secretary for Land and Minerals Management issued a new decision approving the Trapper Mining Plan. All documents are available at http://www.wrcc.osmre.gov/initiatives/trapperMine/documentLibrary.shtm (last visited May 4, 2016). Appellant Trapper's appeal of the district court's decision remanding the 2009 approval of the Trapper Ming Plan back to the agency is now moot.

Sincerely,

/s/Samantha Ruscavage-Barz
Samantha Ruscavage-Barz
Counsel for Appellee

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing Status Report was served on all counsel of record for the consolidated cases by the Court's ECF system on May 4, 2016.


/s/ Samantha Ruscavage-Barz


## CERTIFICATE OF DIGITAL SUBMISSION

I hereby certify that with respect to the foregoing:

(1) all required privacy redactions have been made pursuant to 10th Cir. R. 25.5;

(2) if required to file additional hard copies, that the ECF submission is an exact copy of those documents;

(3) the digital submissions have been scanned for viruses with ClamXav Version 2.2.2 virus protection software for Mac and, according to the program, is free of viruses.


/s/ Samantha Ruscavage-Barz