

Paul M. Seby
Tel 303.572.6580
Fax 303.572.6540
sebyp@gtlaw.com

May 6, 2016

**Via CM/ECF**

Elisabeth A. Shumaker
Clerk of the Court
U.S. Court of Appeals for the Tenth Circuit
Byron White U.S. Courthouse
1823 Stout Street
Denver, CO 80257

Re:   Notice of Supplemental Authority, *WildEarth Guardians v. United States Office of Reclamation and Enforcement*, Nos. 15-1186 & 15-1236 (case submitted on the briefs to Judges McHugh, Ebel, and Moritz)

To the Clerk of the Court:

    As you have been informed, the Office of Surface Mining, Reclamation and Enforcement ("OSMRE") has issued a new decision approving the Trapper Mining Plan, supported by an EA and FONSI, available at http://www.wrcc.osmre.gov/initiatives/trapperMine/documentLibrary.shtm (last visited May 5, 2016). While Trapper Mining Inc. ("Trapper") is very grateful for the hard and careful work that OSMRE has invested in this project, it does not agree with WildEarth Guardians that this case is moot, for the reasons stated in its briefs and previous 28(j) letter. This case is one of a series of suits brought by WildEarth, and it has been following a strategy of mooting each case before the legal issues can be resolved on appeal – subjecting OSMRE and project proponents to very large compliance costs that are effectively impossible to challenge.

    Trapper has a legally protected interest in the approval of the 2009 Mine Plan Modification that it has been operating under for years quite separate from any subsequent Mine Plan. The statute of limitations has run on that 2009 decision, but Trapper will not enjoy similar legal certainty with regard to this new approval for another six years. Until that time, a new suit by WildEarth, or other groups, would place the Trapper Mine, through absolutely no fault of its own, at risk of a shutdown.

    All agency actions related to coal mining, including this one, are under continued threat of challenge from environmental groups, and if this appeal is dismissed and if OSMRE's new Mine Plan were to be vacated or suspended, even for a brief period, Trapper would again be at risk of potentially having to stop or limit its operations - which would jeopardize its coal supply customer and its many rural employees. A favorable

*DEN 99082356v1*

GREENBERG TRAURIG, LLP ■ ATTORNEYS AT LAW ■ WWW.GTLAW.COM
The Tabor Center ■ 1200 17th Street ■ Suite 2400 ■ Denver, CO 80202 ■ Tel 303.572.6500 ■ Fax 303.572.6540

Elisabeth A. Shumaker
Clerk of the Court
U.S. Court of Appeals for the Tenth Circuit
May 6, 2016
Page 2

decision on appeal, upholding the original 2009 Mine Plan Modification, would put an end to this uncertainty.

Trapper applied for its Mine Plan well in advance of when it would be needed, has cooperated fully with OSMRE, and has an unquestionably excellent environmental record. It is therefore entitled to some finality regarding its future and its legal authority to operate.

Best regards,

*Paul M. Seby*

Paul M. Seby
Shareholder